AO 91 (Rev. 08/09) Criminal Complaint



# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

UNDER SEAL

| | |
|---|---|
| United States of America<br>v.<br>JUBAIR AHMAD<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:11mj742<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __9/25/10 to 8/23/11; and 8/23/11__ in the county of __Prince William and Loudoun__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2339B | Defendant JUBAIR AHMAD did unlawfully and knowingly provide material support and resources to a designated foreign terrorist organization, to wit: Laskar-e-Tayyiba (LeT), knowing that said organization had engaged and engages in terrorist activity and terrorism; and |
| 18 U.S.C. 1001(a)(2) | Defendant JUBAIR AHMAD, in a matter within the jurisdiction of the executive branch of the Government of the United States, did unlawfully, knowingly and willfully make a material false statement, in a matter involving international terrorism, as defined in 18 U.S.C. 2331. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

Reviewed and approved by AUSA Steve Campbell

☑ Continued on the attached sheet.

*Complainant's signature*

Daudshah S. Andish, Special Agent, FBI

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 1 Sep 11

/s/
Ivan D. Davis
United States Magistrate Judge

City and state: Alexandria, Virginia