

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 1:11CR554 |
| | ) | |
| JUBAIR AHMAD, | ) | Honorable T.S. Ellis, III |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

From on or about September 25, 2010, through on or about October 16, 2010, in the Eastern District of Virginia and elsewhere, defendant JUBAIR AHMAD did unlawfully, knowingly, and willfully provide material support to a designated foreign terrorist organization (Lashkar-e-Tayyiba or LeT), in that he produced and uploaded a video intended to glorify violent jihad waged by LeT and to recruit others to join LeT.

(In violation of Title 18, United States Code, Section 2339B.)

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: _____
Stephen M. Campbell
Assistant United States Attorney

John T. Gibbs
Trial Attorney, Counterterrorism Section
U.S. Department of Justice