# SENTENCING

Date: 4/13/2011

Judge: Ellis
Reporter: M.Rodriquez
Start: 10:03
End: 10:58
Interpreter:

UNITED STATES of AMERICA
V.
Jubair Ahmad        Case Number: 1:11cr00554-001

Counsel/Govt: John Gibbs, Neil Hammerstrom        Counsel/Deft: Brian Mizer

Court adopts PSI ( *X* )        without exceptions ( )        with exceptions:

**SENTENCING GUIDELINES:**
Offense Level: See Judgment
Criminal History: ___
Imprisonment Range: ___ to ___ months
Supervised Release Range: ___ to ___ years
Fine Range: $___ to $___
Restitution $ 00

Court departs from Guidelines pursuant to:
___ USSG 5H1.4
___ USSG 5K1.1
___ USSG 5K2.12
___ USSG 5C1.2
___ Other: ___

Special Assessment $100        ( ) Satisfied        ( **X** ) Unsatisfied, due immediately        ___ Mandatory Minimum

**JUDGMENT OF THE COURT:**        **Plea**(*X*) -*OR*- **Trial** ( )
BOP for   144   months
Supervised Release for 5 Years, with special conditions:        (*X*) Yes        ( ) No
Supervised Probation for ___ Years, with special conditions:        ( ) Yes        ( ) No
Fine Imposed of $   0   due immediately/ monthly installments of $0.00 to begin w/in ___ days
Restitution of $  0  due immediately/ monthly installments of $0.00 to begin w/in  60  days of release from custody
(*X*)Fine/costs of incarceration waived

**SPECIAL CONDITI**
 Deft shall cooperate fully in removal proceedings.

**RECOMMENDATIONS to BOP**:
___        Dft. To be designated to:  a
___        Dft. designated to facility to participate in ICC (Boot Camp) type program
___        Dft. to participate in Residential Drug Abuse Treatment Program (RDAP)
___        Other:___

Deft: (*X*) Remanded        ( ) Cont'd on Bond to Self-Surrender        ( ) Referred to USPO        ( ) Immediate Deportation