IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | CRIMINAL NO. 1:11-cr-554 (TSE) |
| JUBAIR AHMAD, | ) | |
| | ) | |
| Defendant. | ) | |

**Government's Reply to Motion for Return of Property under FRCrP 41(g)**

Defendant Jubair Ahmad has filed a motion for return of seized property, to include his passport. (Dkt. 66). The government has no objection to returning the defendant's property, and will ensure that such property is returned to the defendant's family. However, the government does not have an exact timeline as to when that will happen. With required social distancing and teleworking due to the Coronavirus, it will likely take longer than normal to have FBI personnel who can identify, locate and return defendant's property. Nonetheless, the defendant's release date is not until February 2022, and the government will endeavor to have it returned well before then.

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By:                        /s/

John T. Gibbs
Virginia Bar No. 40380
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Office:   (703) 299-3700
Fax:     (703) 299-3980
Email:   john.gibbs@usdoj.gov

**Certificate of Service**

I certify that on April 14, 2020, I electronically filed a copy of the foregoing with the

Clerk of the Court using the CM/ECF system.  I also directed that a copy of this filing be mailed

to:

> **Jubair Ahmad**
> 79017-083 Unit EB
> Sea-Tac Federal Detention Center
> P.O. Box 13900
> Seattle, WA 98198

By: _____/s/_____
    John T. Gibbs
    Assistant United States Attorney
    United States Attorney's Office
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    Office:  (703) 299-3700
    Fax:     (703) 299-3980
    Email:   john.gibbs@usdoj.gov